La Salle Steel Company, appellee, v. Joanna E. Downes, appellant. Gen. No. 33,062.

Heard in the third division of this court for the

first district at the October term, 1928. Opinion filed January 30, 1929. Rehearing denied February 14, 1929.

C. W. Armstrong, for appellant. Hoffman & Golder, for appellee; Calmon R. Golder, of counsel.

Mr. Justice Wilson delivered the opinion of the court.